IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| AYODEJI OSHIKOYA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>LEIDOS HEALTH, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   No. 1:17-cv-896 (LMB/MSN)<br>)<br>)<br>)<br>)<br>) |

## ORDER

On September 5, 2017, defendant filed a Motion to Transfer Venue to the Southern District of Indiana, Indianapolis Division. [Dkt. No. 28]. On September 8, 2017, plaintiff informed the Court that he did not object to defendant's motion. [Dkt. No. 32]. Accordingly, defendant's motion [Dkt. No. 28] is GRANTED, and it is hereby

ORDERED that this civil action be and is TRANSFERRED to the United States District Court for the Southern District of Indiana, Indianapolis Division.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 11 day of September, 2017.

Alexandria, Virginia

/s/ _____
Leonie M. Brinkema
United States District Judge